**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6081

DARRYL A. BABB,

Petitioner - Appellant,

versus

JOHN B. TAYLOR, Warden; ATTORNEY GENERAL OF
THE COMMONWEALTH OF VIRGINIA (Mark Earley),

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-00-1499-AM)

Submitted:  April 27, 2001          Decided:  May 4, 2001

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Darryl A. Babb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Darryl A. Babb seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Babb's motion to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. Babb v. Taylor, No. CA-00-1499-AM (E.D. Va. filed Nov. 20, 2000; entered Nov. 21, 2000). In addition, we deny Babb's motion for leave to file his habeas corpus petition out of time. See Harris v. Hutchinson, 209 F.3d 325, 328-31 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2